Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET — U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES  ⦿ NO

**DOCKET NUMBER:** 5:25-cr-31-KDB

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs **GENE CHRISTOPHER ACUFF**

**COUNTY OF OFFENSE** : IREDELL

**RELATED CASE INFORMATION** :

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : SUMMONS

**U.S.C. CITATIONS** (Mark offense carrying greatest weight): ◯ Petty  ◯ Misdemeanor  ⦿ Felony

18 U.S.C. § 1341  18 U.S.C. § 1957

**JUVENILE:** ◯ Yes  ⦿ No

**ASSISTANT U. S. ATTORNEY** : MICHAEL SAVAGE

**VICTIM/WITNESS COORDINATORS:** SHIRLEY RUTLEDGE

**INTERPRETER NEEDED** : N/A

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving )

Case 5:25-cr-00031-KDB-DCK   Document 1-1   Filed 07/02/25   Page 1 of 1