# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Acuff

Case Number: 5:25-cr-31

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 18 U.S.C. 1341 | N/A | 0-20 years imprisonment, $250,000 fine, 3 years SR |
| 2 | 18 U.S.C. 1957 | N/A | 0-10 years imprisonment, $250,000 fine or twice the value of the property involved, 3 years SR |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL? ☐ YES ☒ NO
\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED? ☐ YES ☒ NO
\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM? ☐ YES ☒ NO
\* 18 U.S.C. 924(C) ONLY

IF YES ☐ BRANDISH
☐ DISCHARGE