# UNITED STATES DISTRICT COURT
Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Gene Christopher Acuff<br>*Defendant* | )<br>)<br>)<br>)  Case No: 5:25-cr-00031-KDB-DCK<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: __July 16, 2025__

*Defendant's Signature*

*Signature of defendant's attorney (if any)*

Anthony G. Scheer
*Printed name of defendant's attorney (if any)*

Susan C. Rodriguez
United States Magistrate Judge