IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO.: 5:25-cr-00031-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CONSENT ORDER AND |
| v. ) | JUDGMENT OF FORFEITURE |
| ) | PENDING RULE 32.2(c)(2) |
| GENE CHRISTOPHER ACUFF ) | |

BASED UPON the Defendant's plea of guilty and finding that there is a nexus between the property listed below and the offense(s) to which the Defendant has pled guilty and that the Defendant (or any combination of Defendants in this case) has or had a possessory interest or other legal interest in the property, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. § 982 and 28 U.S.C. § 2461(c), provided, however, that forfeiture of specific assets is subject to any and all third-party petitions under 21 U.S.C. § 853(n), pending final adjudication herein:

   a. **Approximately $191,920.81 in funds seized from Bluevine Bank Account XXXXX6084, such account held in the business name of Fee Simple Valuations;**

   b. **Approximately $180,104.09 in funds seized from Novo Bank Account XXXXX5552, such account held in the business name of Tax Appraisal Services;**

   c. **Approximately $210,236.76 in funds seized from NBKC Bank Account XXXXX3853, such account held in the business name of Tax Valuation Services;**

   d. **Approximately $214,992.29 in funds seized from Everbank Account XXXXX0529, such account held in the name of Gene Acuff / Appraisal Consulting Services; and**

   e. **One 1977 Beech A36 Aircraft, with registration number N71KW and serial number E-1144, and accompanying logbooks.**

2. If and to the extent required by Fed. R. Crim. P. 32.2(b)(6), 21 U.S.C. § 853(n), and/or other applicable law, the United States shall publish notice and provide direct written notice of forfeiture.

3. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of

the property, including depositions, interrogatories, and requests for production of documents, and to issue subpoenas pursuant to Fed. R. Civ. P. 45.

The parties stipulate and agree that the aforementioned asset(s) constitute proceeds of and/or property involved in defendant's crime(s) herein and are therefore subject to forfeiture pursuant to 18 U.S.C. §§ 981 and 982, and 28 U.S.C. § 2461(c). The defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against defendant. If the defendant has previously submitted a claim in response to an administrative forfeiture proceeding regarding any of this property, defendant hereby withdraws that claim. If defendant has not previously submitted such a claim, defendant hereby waives all right to do so.

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
MICHAEL E. SAVAGE
Assistant United States Attorney

_____
GENE CHRISTOPHER ACUFF
Defendant

_____
ANTHONY G. SCHEER, ESQ.
Attorney for Defendant

Signed this the 16th day of July, 2025.

_____
THE HONORABLE SUSAN C. RODRIGUEZ
UNITED STATES MAGISTRATE JUDGE